UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

      Plaintiff,

v                                                     No. 1:22-cv-1154

DANA NESSEL, in her official capacity as          HON. ROBERT J. JONKER
Attorney General of Michigan; JOHN E.
JOHNSON, JR., in his official capacity as         MAGISTRATE JUDGE RAY
Executive Director of the Michigan                KENT
Department of Civil Rights; PORTIA L.
ROBERSON, ZENNA FARAJ ELHASON,
GLORIA E. LARA, REGINA GASCO-
BENTLEY, ANUPAMA KOSARAJU,
RICHARD CORRIVEAU, DAVID
WORTHAMS and LUKE R. LONDO, in their
official capacities as members of the
Michigan Civil Rights Commission,

      Defendants.

_____

William R. Bloomfield (P68515)            Kimberly Pendrick (P60348)
Catholic Diocese of Lansing               Tonya Celeste Jeter (P55352)
Lansing, Michigan 48933                   Assistant Attorneys General
517.342.2522                              Attorneys for Defendants
wbloomfield@dioceseoflansing.org          3030 West Grand Boulevard
                                          Detroit, Michigan 48202
Lori H. Windham                           313.456.0200
William J. Haun                           pendrickk@michigan.gov
Nicholas R. Reaves                        jetert@michigan.gov
1919 Pennsylvania Avenue, NW, Ste 400
Washington, DC  20006
202.955.0095
_____/


**STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT DANA
NESSEL TO FILE RESPONSIVE DOCUMENTS**

The parties, by and through their respective counsel, hereby stipulate to the following:

The deadline for Defendant Dana Nessel to file and serve an answer or a motion under Rule 12 to Plaintiff's Complaint shall be extended to Friday, February 17, 2023.

_/s/William J. Haun (w/consent)_
William J. Haun
Lori H. Windham
Nicholas R. Reaves

Attorneys for Plaintiff
Dated: January 4, 2023

_/s/Tonya Celeste Jeter_
Tonya Celeste Jeter (P55352)
Kimberly Pendrick (P60348)
Brian W. Beach (P69681)

Attorneys for Defendants
Dated: January 4, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

      Plaintiff,

v                                                            No. 1:22-cv-1154

DANA NESSEL, in her official capacity as        HON. ROBERT J. JONKER
Attorney General of Michigan; JOHN E.
JOHNSON, JR., in his official capacity as        MAGISTRATE JUDGE RAY
Executive Director of the Michigan               KENT
Department of Civil Rights; PORTIA L.
ROBERSON, ZENNA FARAJ ELHASON,
GLORIA E. LARA, REGINA GASCO-
BENTLEY, ANUPAMA KOSARAJU,
RICHARD CORRIVEAU, DAVID
WORTHAMS and LUKE R. LONDO, in their
official capacities as members of the
Michigan Civil Rights Commission,

      Defendants.

_____

William R. Bloomfield (P68515)          Kimberly Pendrick (P60348)
Catholic Diocese of Lansing             Tonya Celeste Jeter (P55352)
Lansing, Michigan 48933                 Assistant Attorneys General
517.342.2522                            Attorneys for Defendants
wbloomfield@dioceseoflansing.org        3030 West Grand Boulevard
                                        Detroit, Michigan 48202
Lori H. Windham                         313.456.0200
William J. Haun                         pendrickk@michigan.gov
Nicholas R. Reaves                      jetert@michigan.gov
1919 Pennsylvania Avenue, NW, Ste 400
Washington, DC  20006
202.955.0095
_____/

**ORDER**

This matter having come before this Honorable Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Dana Nessel shall have until Friday, February 17, 2023, to file and serve an answer or a motion under Rule 12 to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
HON. ROBERT J. JONKER
U.S. District Court Judge

Dated: _____

Stipulated and Approved for Entry:

*/s/William J. Haun (w/consent)*
William J. Haun
Lori H. Windham
Nicholas R. Reaves

*/s/Tonya Celeste Jeter*
Tonya Celeste Jeter (P55352)
Kimberly Pendrick (P60348)
Brian W. Beach (P69681)

2