UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

    Plaintiff,

v

DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, DAVID WORTHAMS and LUKE R. LONDO, in their official capacities as members of the Michigan Civil Rights Commission,

    Defendants.

No. 1:22-cv-1154

HON. ROBERT J. JONKER

MAGISTRATE JUDGE RAY KENT

_____

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933
517.342.2522
wbloomfield@dioceseoflansing.org

Lori H. Windham
William J. Haun
Nicholas R. Reaves
1919 Pennsylvania Avenue, NW, Ste 400
Washington, DC  20006
202.955.0095
_____/

Kimberly Pendrick (P60348)
Tonya Celeste Jeter (P55352)
Assistant Attorneys General
Attorneys for Defendants
3030 West Grand Boulevard
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov
jetert@michigan.gov

**ORDER**

This matter having come before this Honorable Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Dana Nessel shall have until Friday, February 17, 2023, to file and serve an answer or a motion under Rule 12 to Plaintiff's Complaint.

IT IS SO ORDERED.

    /s/ Robert J. Jonker
HON. ROBERT J. JONKER
U.S. District Court Judge

Dated: January 5, 2023

Stipulated and Approved for Entry:

| | |
|---|---|
| */s/William J. Haun (w/consent)* | */s/Tonya Celeste Jeter* |
| William J. Haun | Tonya Celeste Jeter (P55352) |
| Lori H. Windham | Kimberly Pendrick (P60348) |
| Nicholas R. Reaves | Brian W. Beach (P69681) |