# Second Amended Complaint

# Exhibit A

St. Joseph Catholic School in St. Johns, Michigan, is accepting applications for a full time Kindergarten teaching position.  Applicants must hold a valid State of Michigan teaching certificate for the 2021-2022 year and an Early Childhood Education endorsement (ZA or ZS) is preferred.

The successful candidate must be dynamic, enthusiastic and possess the ability to work collaboratively within the school environment. This position includes Religious Education as part of the daily curriculum; therefore, candidates should be a practicing Catholic with the ability to infuse Catholic faith and teaching throughout the curriculum.

St. Joseph Catholic School includes grades Kindergarten through Sixth.  Our staff is highly qualified and committed to developing intellectual, spiritual, emotional and social potential within each student.  To learn more about St. Joseph Parish and School, please visit our website at [www.school.stjoecatholic.com](www.school.stjoecatholic.com).

Please send a cover letter of application, resume′ and credentials along with references to:  Chris Wells, Principal, to [principal@stjoecatholicschool.org](mailto:principal@stjoecatholicschool.org).