# Second Amended Complaint

# Exhibit B

# CATHOLIC DIOCESE OF LANSING

## CODE OF CONDUCT FOR CLERGY (INCLUDING BISHOPS), EMPLOYEES AND VOLUNTEERS

1. In my personal and professional life, I am committed to growing in virtue and holiness and I will exemplify the moral teachings of the Catholic Church. I will not teach, advocate, model, or in any way encourage beliefs or behaviors that are contrary to the teaching of the Catholic Church.
2. I will treat with respect, courtesy and charity each person who comes to a parish, school or agency of the Diocese of Lansing for any reason. I will take reasonable steps to protect the physical and emotional safety of all such persons. I will not abuse the authority granted to me by my assigned position.
3. In serving the young, I will exercise sound judgment at all times:  I will be particularly sensitive to any actual or perceived risk of sexual impropriety; any physical contact with a person under the age of eighteen will be limited, appropriate, non-sexual and public.
4. Both in person and through all communication media, including social media, I will maintain appropriate relationship boundaries with clergy, religious, volunteers, parents, students, parishioners, clients and all other persons with whom I work or serve.
5. I understand that sexual harassment, sexual contact, or other improper physical contact (for explanation of these terms, see Section II of Employee Handbook) are absolutely forbidden in any parish or school or other agency of the Diocese of Lansing; physical contact with any person must always be limited, appropriate, nonsexual and public.
6. I will not distribute, send, knowingly receive, or possess pornographic images of adults or children.
7. I understand that the financial resources of the diocese, parish, school, or other agency within the diocese belong to the respective agency and may only be used for the purposes of that agency. I will not misuse, divert, or embezzle these financial resources, including parish (or other agency) credit cards, bank or investment accounts, expense accounts, or other funds or accounts, whether for personal benefit or otherwise.
8. Without prejudice to canons 983 and 984 regarding the inviolable seal of the Sacrament of Penance, I will immediately report ongoing physical, sexual, financial or other criminal misconduct to civil authorities and to the appropriate person within the diocese. I will report all other misconduct, including past criminal misconduct or other misconduct, to the appropriate person within the diocese. If I am uncertain to whom to make such a report, or uncertain whether to report to the civil authorities, I will contact the diocesan legal office (517-342-2522) or the Chancellor of the Diocese (517-342-2454).
9. Except as noted in the preceding paragraph, I will maintain any confidence that I learn or receive in the course of my service.
10. While fulfilling my assigned responsibilities, I will not smoke or use profane language; I will not possess, use, or be under the influence of alcohol or drugs (including marijuana); and I will not possess a weapon.

I have received, read and understand this Code of Conduct for the Roman Catholic Diocese of Lansing. I understand that I am subject to a thorough background check that may include fingerprinting and a criminal history. This may occur at the outset of my service and may occur again at any time, without notice or reason. I understand that any action or inaction inconsistent with this Code of Conduct may result in my termination or removal.

Print Name_____   Date_____
Signature_____
Parish/School/Agency_____City_____


From the Office of Child and Youth Protection
Approved by Bishop Earl Boyea on 3/2020