# Second Amended Complaint

# Exhibit C



# Hiring New Teachers in Catholic Schools
## Selecting the Best

January, 2023

Diocese of Lansing
Tom Maloney, Superintendent



D I O C E S E of L A N S I N G
M I C H I G A N

Dear Principals,

On behalf of Bishop Boyea, I thank you for the leadership you provide in our Catholic schools. Your commitment to academic and formation excellence, infused by faith, makes it possible for us to partner with parents to help their children know and love the Lord, to understand and embrace their Catholic faith, and to become good citizens and leaders in this world as they journey to their true home, which is heaven.

As principals, you have been called by God to administer the spiritual, intellectual, and human formation of God's children in partnership with their parents. You have a great privilege and sober responsibility. The challenges you face daily are real, yet the fruits of your labor are eternal. For these reasons, we must continue the work promulgated by *Maintenance to Mission* in 2010 and be sustained in our efforts by prayerful dependence upon the wisdom and grace of God.

As you know, Catholic schools are special places of teaching and learning. And the Lord longs for them to possess cultures of formation and transformation, in which the Christian life is modeled, taught, and 'caught" in the home. It is precisely because the Christian life is more readily caught than taught that our schools must be filled with teachers who embrace the faith and live Christ-like lives, worshiping God with all their heart, soul, mind, and strength. We need our teachers to know their faith and their subject matter, honor the good, true, and beautiful in the classrooms, and love children and the One who is the way, the truth, and the life.

Hiring well helps us more effectively accomplish our great mission. To that end, this *Teacher Selection Manual* has been developed to serve you as you discern the Lord's will concerning the selection and hiring of excellent Catholic school teachers. May it help you find teachers who desire and are able to join you in the tremendous work of forming disciples of Christ in and through our Catholic schools.

Yours in Christ,


Tom Maloney
Superintendent of Schools

# TABLE OF CONTENTS

**INTRODUCTION**

   Catholic Intellectual Tradition: CLA in Schools………………….……………………………4

   General Qualification for Catholic School Educators …………………………………....5

   Hiring Process Steps …………………………………………………………………..6

**STEP 1: RECRUITMENT AND FORMATION OF A HIRING COMMITTEE…………7**

**STEP 2: CULLING RESUMES………………………………………………………...8**

**STEP 3: CONDUCT A PHONE INTERVIEW………………………………………9**

**STEP 5: CALLING REFERENCES………………………………………………10**

**STEP 6: CONDUCT FULL INTERVIEW WITH CANDIDATE……………..…………...11**

   Interview Dimensions and Questions…..………………………………..…………....11

   Demonstration of Skills (work samples)……………………………………….....14

**STEP 7: RATE THE CANDIDATE……………………………………..……..……...15**

   Rating of Candidate……………...…………………………………………………15

   Overall Recommendation………………………………….…………………………16

**STEP 8: MAKE THE DECISION………………………………………..…...……17**

**APPENDIX A: INDIVIDUAL INTERVIEWER RATING FORM…………..…………. 18**

# *INTRODUCTION*

## RENEWING CATHOLIC INTELLECTUAL TRADITION

*Go, therefore, and make disciples of all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Spirit, teaching them to observe all that I have commanded you. And behold, I am with you always, until the end of the age.* Matthew 28:19-20.

In the wake of a secular culture, the people of the Catholic Diocese of Lansing share a vision for Catholic schools. The following characteristics, inspired by Archbishop J. Michael Miller's *The Holy See's Teachings on Catholic Schools,* describe the schools we desire and that, by God's grace and our diligent work, can exist.

## 5 Marks of a Catholic School

**1. Inspired by a Supernatural Vision:** The enduring foundation on which the Church builds her educational philosophy is the conviction that the process of education forms the whole child, with eyes fixed on the vision of God. The specific purpose of a Catholic education is the formation of good citizens of this world who will also be citizens of the world to come. Catholic schools must foster the growth of good Catholic human beings who love God and neighbor and thus become saints.

**2. Founded on a Christian Anthropology:** To be worthy of its name, a Catholic school must be founded on Jesus Christ the Redeemer who, through his Incarnation, is united with each student. Christ is not an after-thought or an add-on to Catholic educational philosophy but the center of the entire enterprise, the light illuminating every pupil who comes into our schools (cf. Jn 1:9).

**3. Animated by Communion and Community:** The community dimension is rooted in both the social nature of the human person and the reality of the Church as "the home and the school of communion." That the Catholic school is an educational community "is one of the most enriching developments."

**4. Imbued with a Catholic Worldview:** Catholicism should permeate not just the class period of catechism or religious education, or the school's pastoral activities, but the entire curriculum.

> **4.1 Search for Wisdom and Truth:** In an age of information overload, Catholic schools must be especially attentive to the delicate balance between human experience and understanding. The greatest challenge to Catholic education today, and the greatest contribution it can make to American culture, is to restore the conviction that human beings can grasp the truth of things, and in grasping that truth can know their duties to God, to themselves, and to their neighbors.

**4.2 Faith, Culture and Life:** The endeavor to interweave reason and faith, which has become the heart of individual subjects, makes for unity, articulation and coordination, bringing forth a Christian vision of the world, of life, of culture and of history.

**5. Sustained by Gospel Witness:** Most importantly for this document, the careful hiring of men and women who enthusiastically endorse a Catholic ethos is the primary way to foster a school's catholicity.

GENERAL QUALIFICATIONS OF CATHOLIC SCHOOL EDUCATORS

1.  Be a practicing Catholic and have a firm faith commitment to the Church and its teaching, endorse a Catholic philosophy and vision of Catholic education and faith formation.

2.  Have a record of successful experience appropriate to the position.

3.  Give evidence of a willingness for further professional development.

4.  Give evidence of personal, professional, leadership, and management skills.

### STEPS IN THE HIRING PROCESS

The hiring process needs to be systematic and consistent across applicants. The typical hiring process includes the following 7 steps:

1.  Recruit candidates for the position by broadly posting a well written job description. Form a hiring committee to provide a consistent foundation for the hiring process.

2.  Review all applications.  Make the first cut based on information contained in the application, resume, and transcript.  Cut applicants who do not meet the minimum job requirements or fail to follow the correct application process.

3.  Conduct optional telephone interviews with candidates who make it past the first cut. Based on these telephone interviews, a set of candidates are invited to visit the school.

4.  Call each reference to ensure that the candidate is indeed viable. This is an opportunity to trust, but verify.

5.  Each candidate is interviewed by the hiring committee. The candidates also provide a demonstration of their oral and written communication skills. Viewing a sample lesson is highly suggested. End the interview with a principal-led tour of the school so that candidates have the opportunity to view the school community and classrooms.

6.  Committee members individually rate each candidate on interview dimensions and teaching demonstration dimensions. Ratings are then compiled and discussed to reach consensus on the ranking of each candidate.

7.  Final decision by principal and pastor.

**This manual delineates each of these 7 steps as follows:**

# STEP 1: RECRUITMENT AND FORMATION OF A HIRING COMMITTEE

Recruitment involves those actions taken that are intended to: (a) bring a job opening to the attention of potential job candidates, (b) influence whether these individuals apply for the opening, (c) affect whether applicants maintain interest in the position until a job offer is extended, and (d) influence whether a job offer is accepted and the person joins the school.

While a lot of attention is typically given to the interviewing of candidates, a key to effective hiring is effective recruiting. Clearly, an applicant pool that is deficient in terms of quantity or quality restricts the ability to hire the type of teachers needed to be successful in our schools.

1. Identify the need
   o Commit to hiring outstanding staff in terms of both faith and academic excellence.
   o Determine back-up strategy if an outstanding teacher is not found in a timely way.
2. Form a hiring committee
   o Begin this process with prayer. Ask the Lord to guide those on the committee and send the qualified candidates to his school.
   o The hiring committee should include members of school and parish staff, including the pastor, teachers in grades above/below, members of the teaching team (if applicable), and religious education staff, if possible.
   o The principal should review the hiring process with the committee members so that the hiring process is consistent.
3. Write a position description
   o Is the description accurate?
   o Does the description provide a sense of our Catholic mission and commitment to Catholic Liberal Arts?
4. Advertise the job to a targeted yet broad audience
   o Circulate through the school and/or other schools/parish bulletins within the diocese.
   o Place an ad with ICLE, ACE, CatholicJobs.com, etc.
   o Explore putting a notice in Faith Catholic.
5. Explore alternative sources for recruitment
   o Talk to parish committees and ask for help in locating possible candidates.
   o Discuss with current and former staff at Catholic schools for colleagues in public or private schools who might want to transition into the Catholic school environment.

# STEP 2:  Culling Resumes

Things to look for in the Resume Packet:
1. Professional Summary/Goal/Objective (*if provided*)
    a. Does this communicate a sense of the candidate being a practicing Catholic?
    b. Does this statement fit with the mission of the school?
    c. Is this statement articulate and grammatically correct?
2. Educational Background
    a. Does the candidate's educational background fit the position?
    b. Does the candidate have classical or liberal arts experience?
3. Work Experience
    a. Has the candidate worked in Catholic schools before?
    b. Has the candidate shown stability in previous employment? Has he or she moved around?
    c. Has the candidate worked in other fields that might be useful for work in our schools?
4. Summary of Skills/Accomplishments
    a. Is there evidence of someone practicing their Catholic faith and being active in their parish?
    b. Does it appear that the resume was created to fit our job posting, or is it a general resume?
    c. Do the skills and accomplishments match what we are looking for?
5. Professional Affiliations:
    a. Is the candidate affiliated with Catholic school organizations?
    b. Is the candidate affiliated with Catholic organizations?
    c. Is the candidate affiliated with educational organizations?
6. Cover Letter:
    a. Does this letter tie into the school's overall mission?
    b. Does this letter convey a sense of faithful service to the Catholic Church?
    c. Does this letter offer a sense of someone who is passionate about Catholic education, or is it just a person looking for a job?
    d. Is this letter clear, articulate, and grammatically correct?
7. Transcripts:
    a. Should you select this candidate for the position, it would be appropriate to ask for official transcripts to be sent from the attended college or university.
8. References:
    a. Is one of the references from the candidate's pastor?
    b. Are there any references from current principals, superintendents, or previous employers?
    c. Are there any references from family or personal friends of the candidate?
9. Letters of Recommendation:
    a. Is there any sense of Catholicity in these letters?

    b.  Is there any content that speaks of objective results achieved by the candidate during their current employment?

    c.  What appears to be missing in these letters?

# *STEP 3: Conduct a Telephone Interview*

After making first cuts based on resumes, the principal should make an initial contact with the potential candidates. This should be a relatively casual conversation overall, and it does not need to be a scripted or a formal conversation.
Here are some initial points to remember:

- Does this candidate speak openly about their Catholic faith?
- Is the candidate "well-educated" - meaning he or she knows the mind of the Church, has sound philosophy, can read, write, and speak well, and can respond to challenges from a secular culture?
- If the candidate has not given their pastor as a reference, ask who his/her pastor is and would he/she mind if the pastor was contacted?
- Does the candidate have any experience with Catholic liberal arts or classical education? If not, does the candidate appear willing to learn about CLA?
- Does the candidate have a sense of energy and enthusiasm about the position?
- Is the candidate well-reasoned in discussion?
- Is the candidate articulate and professional in phone demeanor?
- Ask if the candidate has any questions about the school – its history and its current state.

## After the Telephone Interview:

If you think you will call this person to schedule an interview, inform the candidate that you will send them *The Holy See's Teaching on Catholic Schools* or a summary and ask them to read this and be ready to respond to questions relevant to this document and leadership in the school throughout the interview.

# STEP 4: Calling References

By calling references before creating a final short list for the interview committee, it allows the opportunity to verify previous conversations with the candidate and ensure that the resume submitted is indeed correct.  It is important that we trust, but verify.

- Pastor
  - Does he know who the candidate is?
  - Is the candidate active in the parish?
  - Is the candidate a leader within the parish community?
  - If the pastor is in the diocese, does he think the candidate would be a good fit?
- Former Employer/Professor
  - Did the candidate indeed work with them?
  - Ask if the employer can give specific examples that reflect the candidate's faith in action, strong work ethic, moral character, and critical thinking ability.
  - Would you rehire/hire this candidate?
    - If they say yes, that is a good sign.
    - If they say they can't answer that, you have a very good indication.
- Former colleagues
  - How did they work together?
  - Can the reference give any example of any collaborative work done with the candidate?
  - Can the reference give a list of strengths that the candidate possesses?
    - Do these strengths give evidence to a strong Catholic candidate?
    - Are these strengths that are valued at your school?
    - Are these strengths something that would be an asset to the rest of your teaching staff?

# STEP 5: CONDUCT FULL INTERVIEW WITH CANDIDATE

The decision to hire is one of the most important duties of the principal, pastor, and the hiring committee members. Having the "right people on the bus and in the right seats" goes a long way in developing an effective school and creating the culture needed to meet the vision for Catholic Schools in the Diocese of Lansing.

This section provides a set of dimensions with questions that can be asked of candidates to help evaluate competency. The hiring committee should work together ahead of time to identify which specific questions to ask for each dimension. Clearly, not all questions can be asked within the timeframe of the interview.

The "work samples" provided at the end are critical to verify the level of knowledge and skills that you identify through the interview process.

The first section of the interview should focus on the five marks of Catholic education as described in *The Holy See's Teaching on Catholic Schools*. Ideally, the candidate should be asked to review this short text or a summary before the interview so that he or she has time to reflect.

## Interview Dimensions and Questions

### 1. *The Holy See's Teaching on Catholic Schools* - 5 Marks of Catholic Education:

Expresses an understanding or a willingness to learn about the Catholic Intellectual Tradition and use of Catholic Liberal Arts in Diocesan schools.

1. Inspired by Supernatural Vision:
2. Fou̶n̶d̶e̶d̶ ̶█████████████████████████████████████████████████do
   a. Explain the origin and end of human existence (i.e. the purpose of our lives).
   b. Show the candidate the Diocesan "Family-School Agreement" and ask them to describe how their classroom will uphold and support its contents.
3. Animated by Communion and Community:
   a. Ask about their participation in parish life.
   b. What do you perceive to be the major differences between a Catholic education and that provided in our public schools? What is the most important reason children should attend Catholic school?
   c. How have you encouraged parents to consider a complete K-12 Catholic education for their children?
4. Imbued with Catholic Worldview:
   a. What are you currently reading? Who is your favorite author? What is your favorite book? What books have been particularly formative in your life?

     b. Present the morality clause of the contract: "I will uphold the teachings of the Catholic Church in my public and private life". Ask, if hired, would you be able to uphold this clause?

     c. What strategies have you used to creatively integrate faith into curriculum topics other than religion? How can all teachers best integrate faith teachings into the general curriculum? (A follow-up question regarding familiarity with or willingness to learn more about Catholic Liberal Arts should be inserted here.)

5. Sustained by Gospel Witness:

     a. What is your favorite devotion, saint, or form of prayer?

     b. How would you lead your class in prayer and act as the lead disciple in your school?

**2. Establishes Learning Partnerships.** Has a clear understanding of the school as an integral and visible partner within the parish and in the larger community. The candidate enables students and teachers to collaborate with parish activities and community organizations, provides opportunities for parents to be vital partners in student learning, and works to develop strategies and learning opportunities that prepare teachers to enrich student learning.

1. Tell us about ways you have partnered with stakeholders to meet the needs of students and parents of your current school.
2. Creating a collaborative work environment is important to professional teachers. What strategies have you used (or seen used) to build collaboration with other teachers?
3. What strategies have you used to integrate your classroom with the larger parish community?
4. What is your experience working within PLCs? Have you aligned a curriculum with other teachers?

**3. Student Focus.** Believes firmly in the integration of faith and reason in all classes as a critical component in developing the student as a whole person. Believes that decisions must be based on what is best for student learning and achievement. Develops with teachers and parents clearly defined targets and goals to help students grow.

1. When you walk into a classroom, what are the top three indicators it is an effective learning environment?
2. What has been your experience with special needs and/or gifted children?  How do you effectively balance the needs of these children with the rest of the classroom children's needs?
3. How have you helped students create goals to grow and develop? How do you engage parents as the primary educator to create and support goals for their child?
4. What role should technology play in curriculum development for children at the elementary/middle/high school level and why?

**4. Negotiating/Handling Conflict.** Successfully mediates conflict between individuals and groups; can settle disputes equitably; can find common ground and obtain cooperation with minimum disruption.

1. What has been the most difficult change for you to deal with in recent years?  What did you object to the most?  How did you ultimately handle the change?
2. Tell us about a time you found yourself mediating conflict between two people. (Ex:  co-workers, yourself and parents, etc.)  What were the circumstances?  How did you mediate the conflict?   What was the result?

**5. Maintaining Discipline and an Orderly Environment.**  Sets standards for discipline and maintains these standards in a fair and consistent manner.  Ensures that the building and surrounding area are safe and orderly environments in which to study and work.

2. What disciplinary approaches and procedures in discipline and order are most effective with students?
3. Please describe the role you believe parents should play in maintaining an orderly environment at school.
4. Tell us about a time when the circumstances with a discipline problem in your classroom were uncertain.

**6. Day to Day Management/Time Management.** Uses his or her time effectively and efficiently; concentrates his or her efforts on the most important priorities; adeptly handles several tasks at once.

1. Tell us about how you manage your time - do you use a special system?
2. Tell us about your least favorite assignment.  How long did you wait before you started working on it?  Did you finish it by the designated deadline?  If it was delayed, how long and why?
3. Tell us about a time when a school event you were required to attend conflicted with a personal commitment.  How did you handle it?
4. Tell us about an interruption that had to take precedence over what you were currently doing at work.  What were the circumstances?  How did you respond?

**7. Problem Analysis/Judgment and Decision Making.** Ability to seek out relevant data and analyze complex information to determine the important elements of a problem situation; searching for information with a purpose. Ability to reach logical conclusions and make high-quality decisions based on available information and to act quickly when needed. Uses analysis, wisdom, experience, and logical methods to make good decisions and solve difficult problems.

1. Tell us about a significant decision you made that you wish you could do over.  What were the circumstances and what did you learn?
2. Tell us about a significant decision you've made recently that had a positive result. What risks did you consider through the decision process? Did you seek advice from others?

Demonstration of Skills (work samples)

**Demonstration 1**: Ask the candidate to plan a sample lesson and present it to the hiring committee as if they are the students.

Notes on Oral Communication: Ability to make a clear oral presentation of ideas and facts. Commands attention and manages/influences others through verbal communication. Is articulate and confident when speaking. Has a calm and thoughtful manner and appears self-confident.

**Demonstration 2**: Have candidate provide a writing sample (one to two pages typed):

Written Communication: Writes persuasively and clearly without grammar or spelling errors.

- For example, have the candidate write a letter to a parent about the need to meet about an issue with their child or write a letter to the Diocesan Superintendent asking about the need for a new policy for Catholic schools.

# STEP 6: RATE THE CANDIDATE

Each member of the hiring committee should take notes during the interview. After a set of questions, each member should rate the candidate on that dimension **independently**. By the end of the interview, committee members should review their ratings. The following ratings scales can be used to rate each candidate on each dimension by each committee member.

Rate Candidates

**1. *The Holy See's Teaching on Catholic Schools* - 5 Marks of Catholic Education**: Expressed commitment to Catholic values and willingness to support student spiritual development both in and out of the classroom. Behavior is consistent with Catholic principles.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| This candidate is apparently a practicing Catholic, but has trouble articulating what that means in her/his daily life and there appears to be little behavioral commitment beyond church attendance. | | | This candidate is an active member of a church community and religious values are central in her/his life. Acknowledges that behaviors should be consistent with Catholic principles. | | | Represents a candidate whose values and behavior are consistent with Catholic/Christian values.  Provides a clear expression of values that reflect thoughtful examination. He/she has exhibited these behaviors in past behavior and would be an excellent role model for our children. |

**2. Establishes Partnerships.** Has a clear understanding of the school as an integral and visible partner in the larger community and parish. Enables students and school professionals to collaborate with community organizations and the parish as resources to each other. Provides opportunities for parents to be vital partners in student learning. Works to develop strategies and learning opportunities that will prepare teachers to enrich student learning.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Sees the school as separate from the parish and larger community setting. Does not see much value in partnering with others as a way of enhancing learning. | | | Sees the school as part of the larger whole of parish life. Desires to maintain the current connections with the parish and surrounding community organizations. | | | Sees the need for the school to make stronger connections with the parish and the surrounding community organizations. Has a plan to be more proactive in collaborating with others in order to enrich the learning experiences of the children. |

**4. Student Focus.** Believes that decisions must be based on what is best for student learning and achievement. Is committed to ensuring all students, regardless of limitations, are entitled to develop their unique strengths and talents.  Develops with teachers and parents clearly defined targets and goals to help students grow.  Believes firmly in the integration of faith and reason in all classes as a critical component in developing the student as a whole person.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Focuses on student achievement as the important goal. Knows that setting goals is an important role for teachers but has no plan on how to develop teachers in this area. Does not see the need or have any plans  to emphasize the importance of integrating faith and learning. | | | States that student learning and achievement are both important goals for all students. Has some idea of how to help teachers define goals and improve student performance. Believes that the integration of faith and learning could be improved in the school but has limited plans on how to do this. | | | States that student learning and achievement are both important goals for all students. Has a clear plan for helping teachers define goals and improve student performance. Believes that the integration of faith and learning is a critical objective as a new teacher and has ideas on how to enhance this integration. |

**5. Negotiating/Handling Conflict.** Successfully mediates conflict between individuals and groups; can hammer out tough agreements and settle disputes equitably; can find common ground and obtain cooperation with minimum disruption.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Conflict is seen as mostly a "win/lose" situation. Plays down differences. Issues that might cause divisions or hurt feelings are not to be discussed. Best to avoid as much disagreement as possible. | | | Focuses on bargaining. More concerned with protecting against loss than for realizing gains from conflict. Tends to split the difference as a strategy for finding common ground. | | | Emphasizes the need for open exchange of information about the conflict or problem. Friction is kept issue-oriented not personality-oriented. High value is placed on both the appropriate outcome of the negotiation as well as maintaining or enhancing relationships. |

**6. Maintaining Discipline and an Orderly Environment.**  Sets standards for discipline and maintains these standards in a fair and consistent manner.  Ensures that the building and surrounding areas are safe and orderly environments in which to study and work.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Desires classrooms where students are treated more like adults and are given much autonomy.  Not afraid of a bit of chaos in the rooms, as that spurs creativity. | | | Wants a balance between student autonomy and an orderly environment but has minimal planning of how to achieve the goal. | | | Sees maintaining discipline and order as essential to learning. Wants to establish a classroom culture that supports a safe learning environment. Has a plan on how to ensure both discipline and learning. Sees this as important to all teachers . Will work with teachers to make sure a productive learning environment is maintained. |

**7. Problem Analysis/Judgment and Decision Making.** Ability to seek out relevant data and analyze complex information to determine the important elements of a problem situation; searching for information with a purpose. Ability to reach logical conclusions and make high-quality decisions based on available information and to act quickly when needed. Uses analysis, wisdom, experience, and logical methods to make good decisions and solve difficult problems.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Makes decisions based on limited information from few sources. Tends to make "quick decisions" and moves on to the next task.  Is easily swayed by the person who is consulted. Endeavors to come across as a friend to everyone. Unclear how decisions are rooted in a set of core values. | | | Attempts to understand a problem from multiple perspectives. Desires to compromise. Makes decisions  based more on who is satisfied with the decision rather than based on core values. | | | Identifies and understands issues, problems and opportunities. Compares data from different sources to draw conclusions. Takes action that is consistent with available facts, constraints and possible consequences.  Is not afraid of taking the heat for a decision. Makes decisions based on core values that are rooted in faith. |

## Work Sample Ratings

*A. Oral Communication Skills*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Is inarticulate and lacks confidence when speaking. Appears tense and confused. | | | Reasonably articulate and displays some level of confidence.. | | | Is articulate and confident when speaking. Has a calm and thoughtful manner. |

*B.  Written Communication Skills*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Use of standard written English is unsatisfactory – numerous errors in punctuation, capitalization, subject-verb agreement and frequent run-ons. Word choice is unsatisfactory and lacks cohesion. | | | Use of standard written English is adequate with few errors in punctuation, capitalization, subject-verb agreement and run-ons. Word choice is satisfactory and writing is cohesive. | | | Use of standard written English is outstanding with no errors in punctuation, capitalization, subject-verb agreement and no run-ons. Syntax and word choice are clearly superior and writing is very cohesive. |

After rating each individual dimension, each committee member should provide an overall assessment of the candidate.

OVERALL RECOMMENDATION

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Inadequate candidate; not a good fit for the school; definitely should not be offered a job. | | | An adequate candidate; reasonable fit to the school; should be a solid if not remarkable teacher; A suitable hire. | | | An outstanding candidate; called to be a teacher. This is the person we want; a remarkably skilled teacher who will draw in students; combines real substance with delight and sparkle. Make an offer to this person. |

# STEP 7: MAKE THE DECISION

After the interview, the ratings are compiled and analyzed. There should be a discussion of the ratings that differ by more than one point from each other. For example, for the dimension of *Commitment to Catholic Education*, if one member of the committee rated the candidate as a 6 and another rated the candidate as a 4 and the rest rated the person as a 5, there should be a discussion of the differences and consensus reached as to the score for that candidate on that dimension.

After discussion of each dimension, committee members should provide their overall recommendation for the candidate.

A consensus means that the group has determined what the final rating should be for each candidate on each dimension. Please keep in mind that you should avoid the following when reaching consensus with a group:

- Rush to accomplishment.
- Concede to opinions that are presented as facts with no supporting data.
- Decisions made by one or two people in the group rather than the whole team.
- Too-frequent recourse to "majority rules" or other easy approaches that bypass strong disagreement.
- Decision by default; people do not respond to a statement so silence is interpreted as consent.

A consensus is a "group" decision. While each person in the group may not have had the same ratings, after discussion, each member is satisfied with the outcome and is willing to support the final rating on each dimension.

The following form can be used to compile the ratings and document the final outcome of the hiring process.

Candidate Name:_____

| | Pastor | Education Committee | Teacher 1 | Teacher 2 | Parent Rep 1 | Parent Rep 2 |
|---|---|---|---|---|---|---|
| **INTERVIEW** | | | | | | |
| 1. Commitment to Catholic Education | | | | | | |
| 2. Establishes Learning Partnerships | | | | | | |
| 3. Student Focus | | | | | | |
| 4. Negotiating/ Handling Conflict | | | | | | |
| 5. Day to Day Management/Time Management | | | | | | |
| 6. Maintaining Discipline and an Orderly Environment | | | | | | |
| 7. Problem Analysis/Judgment and Decision Making | | | | | | |
| **WORK SAMPLE** | | | | | | |
| A. Oral Communication | | | | | | |
| B. Written Communication | | | | | | |
| **OVERALL RECOMMENDATION** | | | | | | |

FINAL RECOMMENDATION (from consensus judgment): _____

COMMENTS: (list key comments of candidate strengths and weaknesses from committee member notes that support the overall recommendation):