# Second Amended Complaint

# Exhibit D

**APPENDIX E**

## CODE OF CONDUCT

**CATHOLIC DIOCESE OF LANSING**
**CODE OF CONDUCT FOR CLERGY, EMPLOYEES, AND VOLUNTEERS**

1. In my personal and professional life, I will exemplify the moral teachings of the Catholic Church. I will not teach, advocate, model, or in any way encourage beliefs or behaviors that are contrary to the teachings of the Catholic Church.

2. I will treat with respect, courtesy, and charity each person who comes to a parish, school, or agency of the Diocese of Lansing for any reason. I will take reasonable steps to protect the physical and emotional safety of all such persons.

3. In serving the young, I will exercise sound judgment at all times. I will be particularly sensitive to any actual or perceived risk of sexual impropriety. Any physical contact with a person under the age of eighteen will be limited, appropriate, non-sexual, and public.

4. Both in person and through all communication media, I will maintain appropriate relationship boundaries with clergy, religious, employees, volunteers, parents, students, parishioners, clients, and all other persons with whom I work or serve.

5. I understand that sexual harassment, sexual abuse, and improper sexual contact are absolutely forbidden in any parish or school or other agency of the Diocese of Lansing. Physical contact with any person must always be limited, appropriate, non-sexual, and public.

6. I will not distribute, send, knowingly receive, or possess pornographic images of adults or children.

7. I will immediately report significant physical, sexual, pastoral, or financial misconduct to civil authorities and to the appropriate person within the diocese. If I am uncertain to whom to make such a report, I will contact the Office of the Chancellor of the Diocese. (517) 342-2454.

8. Except as noted in the preceding paragraph, I will maintain any confidence that I learn or receive in the course of my service.

9. While fulfilling my assigned responsibilities, I will not smoke or use profane language; I will not possess, use, or be under the influence of alcohol or illegal drugs; and I will not possess a weapon.

I have received, read and understand this Code of Conduct for the Roman Catholic Diocese of Lansing. I understand that I am subject to a thorough background check that may include fingerprinting and a criminal history. This may occur at the outset of my service and may occur again at any time, without notice or reason. I understand that any action or inaction inconsistent with this Code of Conduct may result in my termination or removal.

**APPENDIX H**

Letter of Understanding

Dear Parents,

Congratulations on enrolling your child at St. Joseph Catholic School!
You've made one of the wisest choices regarding your child's future.

Of course, the future we're talking about is not only your child's personal life and future career in the secular world, but also and especially *the fullness of life one day in God's Kingdom*.  Knowing that you are the primary and principal educator of your child, we the members of St. Joseph Church and School are proud to partner with you to nurture your child to their fullest potential.  To that end, we will provide a learning environment rooted in academic excellence, an environment which is imbued with our Judeo-Christian Catholic faith and which caters to the personal, social, and spiritual development of every student.

**Our partnership with you and your family is comprised of:**

- **Christian Values-based Catholic Education**
  Traditional values are hard to come by today, but not at St. Joseph's. In addition to religion classes, components of our faith are interspersed throughout the classroom curriculum and other special events such as guest speakers and a weekly celebration of Mass.

- **Grace of the Sacraments and Community Worship of God**
  Your child will be prepared to receive the Sacraments of Reconciliation and the Eucharist at the age appropriate grade levels. They will also participate in regular celebrations of a weekday Mass.  Please note: *School Masses do not substitute for our obligation to attend Mass on Saturday or Sunday.* Students are still expected to attend Sunday Mass with the rest of their community.

- **An Applied Living of the Gospel Values**
  Throughout the year, students will participate in activities that lend themselves to fulfilling the Lord's call to love our neighbor as ourselves. Such events, like food drives and outreach to the local retirement homes, allow our students to put into practice the virtues and values they are learning in the classroom.

- **Academically-Charged Learning Environment**
  Our school's curriculum is based in research and results-proven standards of instructional practice. Our students' achievements are often significantly higher than average.

- **Safe Environment**
  A safe environment has many facets, and we have worked hard to ensure them for your child. Examples are an ongoing emphasis on showing kindness to others (anti-bullying), the physical security of our buildings, age-appropriate subject matter, training for all employees and volunteers in the safety of our students, and extra sanitizing procedures during times of high disease-transmission.

- **Financial Aid**
  We understand that raising a family in this day and age is not easy economically. However, we feel so strongly about what we have to offer here at St. Joseph that we partner in that cost with you. Additional financial aid is available for those who need it.

By registering your child in our school, you understand that this is a Catholic value-based program that shares and fosters the seeds of our faith in the lives of our student body. Parents whose religious practices and beliefs

do not align to Church teaching might experience conflicts as we follow our mission.  We welcome opportunities to answer your questions and expand your understanding of our faith, but openly hostile or persistent defiance of Catholic truths or morality are a violation of what our school stands for.  We expect our families to live their lives in a way that supports, rather than opposes, the mission of our school and our faith beliefs.

We are excited your child will be with us in the coming year and we look forward to seeing how the Holy Spirit will be at work in each of us as we make this journey together.

Fr. Michael Williams

Pastor

Christopher Wells

Principal

Richard Weller

Chairman, Parish Pastoral Council

Scott Dzurka

Chairman, Parish Finance Council



# St. Joseph Catholic School

## Academic Excellence Rooted in a Faith Based Environment

201 East Cass Street                                                                 Christopher Wells, Principal

St. Johns, MI  48879                                                                 Donna Schrauben, Secretary

(989) 224-2421

## Signature Page

READ, SIGN, AND RETURN TO THE SCHOOL OFFICE.

A school is a community with its own culture. The emphasis is learning, but we want everyone to be safe and responsible, as well as respectful. There are rules that govern a school just as in our communities, towns, cities, state and nation. When you send your child to school, you agree to support the school and your child agrees to follow the expectations at the school in order to attend it. Please read the handbook, sign/date this form and return to school. This will serve as an acknowledgement of understanding the basic policies and expectations of St. Joseph Catholic School.

Date: _____

Family Name: _____

Parent(s) Signature: _____

Student(s) Name: _____