# Second Amended Complaint

# Exhibit G



## EARL BOYEA

### EPISCOPUS LANSINGENSIS
*Divina Miseratione et Apostolicæ Sedis Gratia*

## POLICY ON THE HUMAN BODY
## AS A CONSTITUTIVE ASPECT OF THE HUMAN PERSON

*The Church teaches that our differences as male and female are part of God's good design in creation, that our bodies—including our sexuality—are gifts from God, and that we should accept and care for our bodies as they were created. In fact, "'being man' or 'being woman' is a reality which is good and willed by God"* (Catechism of the Catholic Church, 369). *A person cannot change his or her sex. A person should accept and seek to live in conformity with his or her sexual identity (sometimes called "gender identity") as given by God. The human person is a body-soul union, and the body—created male or female—is a constitutive aspect of the human person. Therefore, the Catholic Church teaches that the removal or destruction of healthy sexual and reproductive organs is a type of mutilation and thus, intrinsically evil. Procedures, surgeries, and therapies designed to assist a person in "transitioning" his or her sex are morally prohibited. "Everyone, man and woman, should acknowledge and accept his or her God-given biological sex and the sexual identity that corresponds with that gift. Physical, moral, and spiritual difference and complementarity are oriented toward the goods of marriage and the flourishing of family life. The harmony of the couple and of society depends in part on the way in which the complementarity, needs, and mutual support between the sexes are lived out." See* Catechism of the Catholic Church ("CCC"), 2333. *"Each of the two sexes is an image of the power and tenderness of God, with equal dignity though in a different way." See* CCC, 2335. *Having a proper understanding of the human body—and more generally, of the moral law—enhances, rather than restricts, man's freedom. As St. John Paul II stated in his encyclical* Veritatis Splendor, *"[T]here can be no freedom apart from or in opposition to the truth."* (Veritatis Splendor, 96.)

1. **It is the policy of the Diocese of Lansing that all Catholic parishes, schools, institutions, departments, entities, charities agencies, juridic persons, or other**

affiliated entities, and any subdivision thereof, shall respect the biological sex of the human person as given by God and shall apply all policies and procedures in relation to that person according to that person's God-given biological sex.

2.  All clergy, employees, and volunteers shall conduct themselves in accord with their God-given biological sex.[1]

3.  Diocesan schools partner with families to educate and form students consistent with the teachings of our Lord Jesus Christ and His Church, and so families are expected to live in accord with Gospel values, particularly regarding actions and behaviors that are public. Students and parents (or legal guardians) shall conduct themselves in accord with their God-given biological sex.

Anything to the contrary notwithstanding.

Given at the Curia at Lansing on this, the fifteenth day of January, in the year of our Lord 2021.

Mr. Michael Andrews
Chancellor

Most Reverend Earl Boyea
Bishop of Lansing

---

[1] This policy makes explicit what is already implicit in the Diocese of Lansing's Code of Conduct and Employee Handbook. The Employee Handbook states: "In both personal and professional life, employees are committed to growing in virtue and holiness and must exemplify the moral teachings of the Catholic Church. Employees must not teach, advocate, model, or in any way encourage beliefs or behaviors that are contrary to the dogmatic or moral teachings of the Catholic Church, which can be found in the Catechism of the Catholic Church." Employee Handbook, Paragraph I.C., Catholic Fidelity; see also Paragraph 1.B, Ministry. The Code of Conduct uses substantially similar language.

2