# Second Amended Complaint

# Exhibit I

# Statement from Michigan Attorney General Dana Nessel on the Proposed Expansion of the Elliott-Larsen Civil Rights Act

**michigan.gov**/ag/news/press-releases/2023/01/11/statement-from-mi-ag-dana-nessel-on-the-proposed-expansion-of-the-elliott-larsen-civil-rights-act

January 11, 2023

I applaud the introduction of legislation by Senator Jeremy Moss and Representative Jason Hoskins that will codify into law protections for the LGBTQ+ community against discrimination, enshrine them for future generations and provide immediate enhanced dignity for thousands of Michiganders.

When the Michigan Legislature adopted the Elliot Larsen Civil Rights Act in 1976, the law recognized that all Michiganders deserve the same civil rights—the right to be free from discrimination in employment, public accommodations, public services, housing and educational facilities.

In a case I argued last year, the Michigan Supreme Court affirmed what we have long believed: the protections afforded by the ELCRA apply to all Michiganders. Given the current state of our country's judiciary, where high courts have succumbed to political pressure and overturned long-standing and even court-tested decisions like Roe v. Wade, it is imperative that these rights are enshrined in Michigan law to help them withstand future legal attacks.

When adopted by the Legislature and signed by Gov. Whitmer, ELCRA will clearly define and recognize the rights of Michigan's LGBTQ+ community, and I applaud the 102nd Legislature for introducing bills on their very first day of session that will do that just that. Our residents deserve to live in a state that recognizes their value, protects their dignity, and welcomes all.

###

AG Press

agpress@michigan.gov