# Exhibit 2

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ST. JOSEPH PARISH ST. JOHNS,<br><br>*Plaintiff,*<br><br>v.<br><br>DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, DAVID WORTHAMS, and LUKE R. LONDO, in their official capacities as members of the Michigan Civil Rights Commission,<br><br>*Defendants.* | Civil No. 1:22-cv-1154<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** |

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to Amend.

In accordance with Fed. R. Civ. P. 15(a)(2), the Court hereby **ORDERS** that:

(1) Plaintiff's Motion for Leave to Amend is **GRANTED**; and

(2) Defendants' responsive pleading deadline to Plaintiff's Second Amended Complaint will be timely if filed within 28 days of this order. *See* W.D. Mich. L.R. 7.2(c).

Dated: _____

JANE M. BECKERING
United States District Judge