# Exhibit 3

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ST. JOSEPH PARISH ST. JOHNS,<br><br>　*Plaintiff*,<br><br>v.<br><br>DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, DAVID WORTHAMS, and LUKE R. LONDO, in their official capacities as members of the Michigan Civil Rights Commission,<br><br>　*Defendants*. | Civil No. 1:22-cv-1154<br><br>**CERTIFICATE OF NONCONCURRENCE** |

Pursuant to W.D. Mich. L.R. 7.1(d), counsel for St. Joseph sought to ascertain whether this motion would be opposed. In a good-faith effort to avoid a dispute, St. Joseph proposed that Defendants consent to the proposed Second Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2). St. Joseph gave Defendants 48-hours to consider the request, was amenable to entering a stipulation extending Defendants' current responsive pleading deadline, and agreeing to a reasonable extension of Defendants' responsive pleading deadline to the Second Amended Complaint. Defendants declined to consent.

s/ *William J. Haun*

*Counsel for Plaintiff*