UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

    Plaintiff,

v

DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, DAVID WORTHAMS and LUKE R. LONDO, in their official capacities as members of the Michigan Civil Rights Commission,

    Defendants.

No. 1:22-cv-1154

HON. JANE M. BECKERING

MAGISTRATE JUDGE PHILLIP J. GREEN

_____/

| | |
|---|---|
| William J. Haun | Kimberly Pendrick (P60348) |
| Lori H. Windham | Tonya Celeste Jeter (P55352) |
| Nicholas R. Reaves | Assistant Attorneys General |
| Attorneys for Plaintiff | Attorneys for Defendants |
| The Becket Fund for Religious Liberty | 3030 W. Grand Blvd., Ste 10-200 |
| 1919 Penn. Ave. NW., Suite 400 | Detroit, Michigan 48202 |
| Washington, DC 20006 | 313.456.0200 |
| 202.955.0095 | pendrickk@michigan.gov |
| lwindham@becketlaw.org | jetert@michigan.gov |
| whaun@becketlaw.org | |
| nreaves@becketlaw.org | |

**CERTIFICATE OF CONCURRENCE**

    In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that on March 28, 2023, she contacted counsel for Plaintiff via email to ascertain

whether he would oppose Defendants' motion to dismiss. A response was not received.

        Respectfully submitted,

        *s/Tonya Celeste Jeter*
        Kimberly Pendrick (P60348)
        Tonya Celeste Jeter (P55352)
        Assistant Attorneys General
        Attorneys for Defendants
        3030 West Grand Boulevard
        Detroit, Michigan 48202
        313.456.0200
        Email: jetert@michigan.gov
        P55352

Dated: March 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

        *s/Tonya Celeste Jeter*
        Tonya Celeste Jeter (P55352)
        Assistant Attorney General