UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

    Plaintiff,

v

DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, DAVID WORTHAMS and LUKE R. LONDO, in their official capacities as members of the Michigan Civil Rights Commission,

    Defendants.

No. 1:22-cv-1154

HON. JANE M. BECKERING

MAGISTRATE JUDGE PHILLIP J. GREEN

_____/

| | |
|---|---|
| William J. Haun<br>Lori H. Windham<br>Nicholas R. Reaves<br>Attorneys for Plaintiff<br>The Becket Fund for Religious Liberty<br>1919 Penn. Ave. NW., Suite 400<br>Washington, DC 20006<br>202.955.0095<br>lwindham@becketlaw.org<br>whaun@becketlaw.org<br>nreaves@becketlaw.org | Kimberly Pendrick (P60348)<br>Tonya Celeste Jeter (P55352)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, Michigan 48202<br>313.456.0200<br>pendrickk@michigan.gov<br>jetert@michigan.gov |

**CERTIFICATE OF COMPLIANCE**

Certificate of Compliance with Type-Volume Limit
and Typeface Requirements

1.  This brief complies with the type-volume limitation of Local Rule 7.2(b)(ii) because, excluding the part of the document exempted by this rule, this brief contains less than 10,800 words.  This document contains 10,784 words.

2.  This document complies with the typeface requirements of Local Rule 7.2(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Century Schoolbook.

                                          Respectfully submitted,

                                          *s/Tonya Celeste Jeter*
                                          Kimberly Pendrick (P60348)
                                          Tonya Celeste Jeter (P55352)
                                          Assistant Attorneys General
                                          Attorneys for Defendants
                                          3030 West Grand Boulevard
                                          Detroit, Michigan 48202
                                          313.456.0200
                                          Email:  jetert@michigan.gov
                                          P55352

Dated:  March 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                          *s/Tonya Celeste Jeter*
                                          Tonya Celeste Jeter (P55352)
                                          Assistant Attorney General