# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

 *Plaintiff*,

 v.

DANA NESSEL, in her official capacity as Attorney General of Michigan, *et al.*,

 *Defendants.*

No. 1:22-cv-1154

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLE- MENTAL AUTHORITY**

Pursuant to Local Civil Rule 7.2(c), Plaintiff St. Joseph's Parish St. Johns ("St. Joseph") hereby moves for leave to file a Notice of Supplemental Authority in support of St. Joseph's Response (ECF No. 47) to Defendants' Motion to Dismiss (ECF No. 43). St. Joseph's Notice of Supplemental Authority is attached as Ex. A.

1.   On June 30, 2023, the U.S. Supreme Court issued its decision in *303 Creative LLC v. Elenis*, No. 21-476, ___ S. Ct. ___, 2023 WL 4277208 (Ex. B).

2. The *303 Creative* decision both considered and rejected arguments currently raised by Defendants' Motion to Dismiss and supporting briefs (ECF Nos. 44, 48).

3. Pursuant to W.D. Mich. L.R. 7.1(d), counsel for St. Joseph contacted counsel for Defendants via email July 12, 2023, to seek concurrence, which was denied on July 13, 2023.

WHEREFORE, St. Joseph requests that the Court grant St. Joseph's Motion for leave to file the attached Notice of Supplemental Authority.

Dated: July 13, 2023

Respectfully submitted,

/s/ *William J. Haun*
Lori H. Windham
William J. Haun
Nicholas R. Reaves
Brandon L. Winchel*
The Becket Fund for Religious Liberty
1919 Penn. Ave. NW, Suite 400

1

Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
(517) 342-2522
wbloomfield@dioceseoflansing.org

\* Not a member of the DC Bar;
admitted in California. Practice
limited to cases in federal court.

*Counsel for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

    *Plaintiff,*

  v.

DANA NESSEL, in her official capacity as Attorney General of Michigan, *et al.*,

    *Defendants.*

No. 1:22-cv-1154

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLE-MENTAL AUTHORITY**

3

For the reasons set forth in the above Motion, St. Joseph, by and through the undersigned attorneys, requests that the Court grant St. Joseph's Motion for Leave to File a Notice of Supplemental Authority in support of St. Joseph's Opposition (ECF No. 47) to Defendants' Motion to Dismiss (ECF No. 43). The proposed Notice is attached as Ex. A to this Motion. As detailed in the proposed Notice, the new U.S. Supreme Court decision identified by St. Joseph bears directly on Defendants' pending Motion to Dismiss and the supporting briefs. Resolving that Motion will be aided by considering this new decision.

Dated: July 13, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ *William J. Haun*
　　　　　　　　　　　　　　Lori H. Windham
　　　　　　　　　　　　　　William J. Haun
　　　　　　　　　　　　　　Nicholas R. Reaves
　　　　　　　　　　　　　　Brandon L. Winchel*
　　　　　　　　　　　　　　The Becket Fund for Religious Liberty
　　　　　　　　　　　　　　1919 Penn. Ave. NW, Suite 400
　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　Telephone: (202) 955-0095
　　　　　　　　　　　　　　Facsimile: (202) 955-0090

　　　　　　　　　　　　　　William R. Bloomfield (P68515)
　　　　　　　　　　　　　　Catholic Diocese of Lansing
　　　　　　　　　　　　　　Lansing, Michigan 48933-1122
　　　　　　　　　　　　　　(517) 342-2522
　　　　　　　　　　　　　　wbloomfield@dioceseoflansing.org

\* Not a member of the DC Bar;
admitted in California. Practice
limited to cases in federal court.

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *William J. Haun*
William J. Haun
The Becket Fund for Religious Liberty
1919 Penn. Ave. NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
whaun@becketlaw.org