UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH PARISH ST. JOHNS,

     Plaintiff,

                                                 Case No. 1:22-cv-1154

v.

                                                 HON. JANE M. BECKERING

DANA NESSEL, et al.,

     Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Second Amended Complaint is DISMISSED

WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

This case is closed.


Dated:  August 22, 2023                             /s/ Jane M. Beckering
                                             JANE M. BECKERING
                                             United States District Judge