# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ST. JOSEPH PARISH ST. JOHNS, *Plaintiff,* v. DANA NESSEL, in her official capacity as Attorney General of Michigan, *et al.*, *Defendants.* | No. 1:22-cv-1154  **NOTICE OF APPEAL** |

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
228 N. Walnut Street
Lansing, Michigan 48933
(517) 342-2522
*wbloomfield@dioceseoflansing.org*

William J. Haun
Lori H. Windham
Nicholas R. Reaves
The Becket Fund for Religious
  Liberty
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC, 20006
Tel.: (202) 955-0095
Fax: (202) 955-0090
*whaun@becketlaw.org*

*Counsel for Plaintiff*

Plaintiff St. Joseph Parish St. Johns appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 22, 2023. *See* ECF No. 59.

Date: September 19, 2023      Respectfully submitted,

/s/ *William J. Haun*
Lori H. Windham
William J. Haun
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Penn. Ave. NW, Suite 400
Washington, DC 20006
Tel.: (202) 955-0095
Fax: (202) 955-0090
*whaun@becketlaw.org*

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
228 N. Walnut Street
Lansing, Michigan 48933
(517) 342-2522
*wbloomfield@dioceseoflansing.org*

*Counsel for Plaintiff*