## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  September 20, 2023

Mr. William J. Haun
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Kimberly K. Pendrick
Office of the Attorney General
of Michigan, Civil Rights and Elections
3030 W. Grand Boulevard
Suite 10-650
Detroit, MI 48202

         Re:  Case No. 23-1860, *St. Joseph Parish St. Johns v. Dana Nessel, et al*
             Originating Case No. : 1:22-cv-01154

Dear Counsel,

   This appeal has been docketed as case number **23-1860** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 4, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

         Appellant:   Appearance of Counsel
                         Civil Appeal Statement of Parties & Issues

        Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
  Appellee: Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Ryan E. Orme
        Case Manager
        Direct Dial No. 513-564-7079

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 23-1860

ST. JOSEPH PARISH ST. JOHNS

        Plaintiff - Appellant

v.

DANA NESSEL, In her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., In his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, In their official capacity as a member of the Michigan Civil Rights Commission; ZENNA FARAJ ELHASON, In their official capacity as a member of the Michigan Civil Rights Commission; GLORIA E. LARA, In their official capacity as a member of the Michigan Civil Rights Commission; REGINA GASCO-BENTLEY, In their official capacity as a member of the Michigan Civil Rights Commission; ANUPAMA KOSARAJU, In their official capacity as a member of the Michigan Civil Rights Commission; RICHARD J. CORRIVEAU, In their official capacity as a member of the Michigan Civil Rights Commission; DAVID WORTHAMS, In their official capacity as a member of the Michigan Civil Rights Commission; LUKE R. LONDO, In their official capacity as a member of the Michigan Civil Rights Commission

        Defendants - Appellees