## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 15, 2024

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

          Re:  Case No. 23-1860, *St. Joseph Parish St. Johns v. Dana Nessel, et al*
                Originating Case No. 1:22-cv-01154

Dear Ms. Filkins,

   Enclosed is a copy of the mandate filed in this case.

                                                Sincerely,

                                                s/Abby Hahn
                                                for Ryan Orme, Case Manager

cc:  Mr. William J. Haun
      Ms. Tonya C. Jeter
      Ms. Heather S. Meingast
      Ms. Kimberly K. Pendrick
      Mr. Nicholas Robert Reaves
      Ms. Lori Halstead Windham
      Mr. Stephen J. van Stempvoort

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-1860

_____

Filed: October 15, 2024

ST. JOSEPH PARISH ST. JOHNS

      Plaintiff - Appellant

v.

DANA NESSEL, In her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., In his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, In their official capacity as a member of the Michigan Civil Rights Commission; ZENNA FARAJ ELHASON, In their official capacity as a member of the Michigan Civil Rights Commission; GLORIA E. LARA, In their official capacity as a member of the Michigan Civil Rights Commission; REGINA GASCO-BENTLEY, In their official capacity as a member of the Michigan Civil Rights Commission; ANUPAMA KOSARAJU, In their official capacity as a member of the Michigan Civil Rights Commission; RICHARD J. CORRIVEAU, In their official capacity as a member of the Michigan Civil Rights Commission; DAVID WORTHAMS, In their official capacity as a member of the Michigan Civil Rights Commission; LUKE R. LONDO, In their official capacity as a member of the Michigan Civil Rights Commission

      Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 09/20/2024 the mandate for this case hereby issues today.

COSTS: None